PROB 35
(Rev. 5/01)

# Report and Order Terminating Probation/Supervised Release
## Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 MAY 21 AM 11:11

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.  }  Crim. No. 4:18CR00183-1

Douglas A. Gadea

On November 20, 2018, the above-named was placed on probation for a period of 12 months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Christopher G. Gaines
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __21st__ day of __May__, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia